1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    USA,                                          Case No.18-mj-71356-RMI-1

8                    Plaintiff,

9             v.                                    Charging District's Case No.
                                                    18-040601
10   TIM LYNN BONES,

11                   Defendant.

12                      **COMMITMENT TO ANOTHER DISTRICT**

13        The defendant has been ordered to appear in the Western District of Missouri.

14   The defendant may need an interpreter for this language: N/A.

15        The defendant:        ( ) will retain an attorney.

16                              ( X ) is requesting court-appointed counsel.

17        The defendant remains in custody after the initial appearance.

18

19        **IT IS ORDERED:**  The United States Marshal must transport the defendant, together with

20   a copy of this order, to the charging district and deliver the defendant to the United States Marshal

21   for that district, or to another officer authorized to receive the defendant.  The Marshal or officer

22   of the charging district should immediately notify the United States Attorney and the Clerk of the

23   Clerk for that district of the defendant's arrival so that further proceedings may be promptly

24   scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the

25   charging district.

26   Dated: 9/28/2018

27   _____
     ROBERT M. ILLMAN
28   United States Magistrate Judge