1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  RAVI T. NARAYAN (IABN AT0011948)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7369
7      Ravi.Narayan@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 18-mj-71356-RMI |
|---|---|
| Plaintiff, | ) **ORDER OF DETENTION** |
| v. | ) |
| TIM LYNN BONES, | ) |
| Defendant. | ) |

On June 6, 2018, a grand jury in the Western District of Missouri returned an indictment against defendant, Tim Lynn Bones, for possessing a firearm as an unlawful user of a controlled substance, in violation of 18 U.S.C. § 922(g)(3). A warrant was issued for defendant's arrest.

On September 25, 2018, defendant was arrested in the Northern District of California. He first appeared before this Court on September 26, 2018. The government moved for detention, and this Court scheduled a detention hearing for September 28, 2018.

Prior to the detention hearing, United Sates Pretrial Services issued a report that recommended defendant be detained on the grounds that he posed a risk of nonappearance and posed a danger to the community, although it noted that the danger to the community might be mitigated by stringent release conditions. At the hearing, defendant was present and represented by Assistant Federal Defender

1
18-mj-71356-RMI

Gabriela Bischof. The government was represented by Assistant United States Attorney Ravi T. Narayan. United States Pretrial Services was represented by Officer Josh Libby.

In support of its motion for detention, the government proffered information about the nature and circumstances of the offense, including: that on February 24, 2018, law enforcement officers in Missouri stopped a car defendant was driving; that officers found a loaded firearm and methamphetamine in the car; and that defendant later admitted he was a regular user of methamphetamine. The government argued that defendant's failure to appear in Missouri state court, as well as the existence of active arrest warrants out of Columbia, Missouri, and Lake County, California, demonstrated that he posed a risk of nonappearance. Finally, the government argued that defendant posed a danger to the community due to two pending charges involving drugs and dangerous weapons.

Defendant, through counsel, argued in favor of release. Defendant argued that he did not appear to have any felony convictions, and further, that it was not clear whether his outstanding arrest warrants were misdemeanor or felony warrants. Defendant also argued that his charged offense appeared to involve only a user quantity of methamphetamine. Defendant also requested a continuance to both investigate the nature of defendant's outstanding warrants and to connect a possible surety with Pretrial Services.

The Court considered the arguments advanced by both the government and defendant as well as the information set forth in the Pretrial Services Report. The Court rejected defendant's request for a continuance, explaining that the additional investigation proposed by defendant would not change the Court's conclusion. The Court explained that defendant's criminal history demonstrated lengthy involvement with controlled substances. The Court cited defendant's lack of bail resources. The Court also expressed concern about the existence of two active warrants for defendant's arrest. The Court noted that defendant's pending charges in Lake County, California, and the Western District of Missouri, both appeared to involve drugs and dangerous weapons. For these reasons, additional reasons set forth orally on the record, and based on consideration of the factors set forth at 18 U.S.C. § 3142(g), the Court concluded that defendant should be detained as both a risk of nonappearance and a danger to the community.

Accordingly, the Court orders defendant detained pending further proceedings in the Western

District of Missouri. Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correctional facility. Defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver defendant to the United States Marshal for a court appearance.

This Order supplements the Court's oral findings at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i).

**IT IS SO ORDERED.**

October 1, 2018

_____
HON. ROBERT M. ILLMAN
United States Magistrate Judge